Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Caver Law Offices
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOSEPH RIEHL,<br>    Plaintiff,<br><br>    v.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | 6:10-CV-00967-HO<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $22,950.00 pursuant to 42 U.S.C. § 406(b). This court previously awarded Equal Access to Justice Act fees of $5,483.54 to Plaintiff under 28 U.S.C. § 2412. Upon receipt of the fee of $21,750, Plaintiff's attorney will refund $5,483.54, the EAJA amount previously awarded in this matter, to Plaintiff.

Dated this 30th day of February, 2012.

Michael R. Hogan.
United States District Judge